UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>              Plaintiff,<br>   v.<br>LEROY TYLER III,<br><br>              Defendant.<br>_____/ | No. C 10-04033 MEJ<br><br>**ORDER VACATING HEARING RE: MOTION TO REMAND** |

Pending before the Court is Plaintiff's motion to remand, with a noticed hearing date of November 18, 2010. (Dkt. #5.) However, Defendant has also filed a motion to consolidate this case with a lower-numbered case, *Tyler v. National City Mortgage Co.,* C-10-3415-EMC. Accordingly, pending resolution of the motion to consolidate, the Court hereby VACATES the hearing on Plaintiff's motion to remand. If the presiding judge in C-10-3415 determines that the cases should not be consolidated, Plaintiff shall re-notice its motion to remand before the undersigned.

**IT IS SO ORDERED.**

Dated: November 2, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge